IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:24-CR-13 (WLS-TQL) |
| MARQUISE DEANGELO WHITE, | : |
| Defendant. | : |

## ORDER

Before the Court is Defendant's Unopposed Motion to Continue Trial (Doc. 20), filed on July 3, 2024. Therein, Defense Counsel explains that additional time is to review discovery with Defendant White, to prepare defenses, and to investigate and research. (*Id.*) Therefore, Defense Counsel requests that the Court continue the case to the next Valdosta trial term and cancel the pretrial conference currently set for July 9, 2024. (*Id.*) Defense Counsel also notes that there will be no prejudice to the Government if the Court grants the instant Motion. (*Id.*)

Based on the stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, for good cause shown, Defendant's Unopposed Motion (Doc. 20) is **GRANTED.** The Court hereby **ORDERS** that the trial in the above-referend matter be **CONTINUED** to the Valdosta Division **November 2024** trial term beginning on November 4, 2024, and its conclusion, or as may otherwise be ordered by the Court. Additionally, the pretrial conference set for the instant case on July 9, 2024, is **CANCELED**.

2

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 3rd day of July, 2024.

                                            **/s/ W. Louis Sands**
                                            **W. LOUIS SANDS, SR. JUDGE**
                                            **UNITED STATES DISTRICT COURT**